UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMIE LEE BAKER,<br><br>        Petitioner,<br><br>    v.<br><br>TIM V. VIRGA,<br><br>        Respondent. | CASE NO. CV 11-6342-PSG (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED:     January 8, 2013    .

                                      PHILIP S. GUTIERREZ<br>                                      UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd