1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10   TOMMIE LEE BAKER,              )        CASE NO. CV 11-6342-PSG (PJW)
                                    )
11              Petitioner,         )
                                    )        J U D G M E N T
12         v.                       )
                                    )
13   TIM V. VIRGA,                  )
                                    )
14              Respondent.         )
     _____)

15

16      Pursuant to the Order Accepting Findings, Conclusions, and

17   Recommendations of United States Magistrate Judge,

18      IT IS ADJUDGED that the Petition is denied and this action is

19   dismissed with prejudice.

20      DATED:        January 8, 2013                          .

21

22

23

24                            _____
                              PHILIP S. GUTIERREZ
                              UNITED STATES DISTRICT JUDGE
25

26

27

28   C:\Temp\notesE1EF34\Judgment.wpd